# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KAREL MOLINA,<br><br>Petitioner,<br><br>v.<br><br>ACTING OR CURRENT SECRETARY OF HOMELAND SECURITY, et al.,<br><br>Respondents. | Case No. 5:26-cv-06238-JFW-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline.

Accordingly, IT IS HEREBY ORDERED:

1. The Magistrate Judge's Report and Recommendation (Dkt. 11) is ACCEPTED and ADOPTED in its entirety.

2. The Petition for a Writ of Habeas Corpus is GRANTED IN PART.

3. Respondents shall release Petitioner Karel Molina (A# 076-171-834) from custody within forty-eight (48) hours, subject to appropriate conditions of supervision under 8 U.S.C. § 1231(a)(3); and

4. Respondents shall file a Notice of Compliance within two (2) days of Petitioner's release per paragraph 3.

Date: November 23, 2026

JOHN F. WALTER
United States District Judge