JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

KAREL MOLINA,

Petitioner,

v.

ACTING OR CURRENT SECRETARY OF HOMELAND SECURITY, et al.,

Respondents.

Case No. 5:26-cv-06238-JFW-DFM

JUDGMENT

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that:

1. The Petition for Writ of Habeas Corpus is **GRANTED IN PART**.

2. Respondents shall release Petitioner Karel Molina (A# 076-171-834) from custody within forty-eight (48) hours, subject to appropriate conditions of supervision under 8 U.S.C. § 1231(a)(3); and

3. Respondents shall file a Notice of Compliance within two (2) days of Petitioner's release per paragraph 2.

Date: November 23, 2026

JOHN F. WALTER
United States District Judge